# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CLARA SOLIS, JUAN SOLIS and**
**PETRONA SOLIS,**

                **Plaintiffs,**

**-vs-**                                              Case No. 6:08-cv-966-Orl-31GJK

**BREVARD COUNTY SCHOOL BOARD,**

                **Defendant.**

_____

## ORDER

The instant case was removed to this Court on the basis of a "Proposed Second Amended Complaint" (Doc. 2), which apparently sought to add a Section 1983 claim to the Plaintiffs' state law claims. The Defendant has now filed what it styles a "Memorandum in Opposition to Plaintiff's Motion to Amend Amended Complaint". (Doc. 8). However, because the Defendant has failed to comply with Local Rule 4.02(b), neither the Plaintiffs' Motion to Amend nor the currently operative complaint are part of the record. Accordingly, it is hereby

**ORDERED** that the Defendant shall comply with Local Rule 4.02(b) not more than five days from the entry of this order. In addition, the parties are directed to comply with Local Rule 4.02(c), as applicable.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 25, 2008.

                                                                 GREGORY A. PRESNELL
                                                            UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party